UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:  Civil / Criminal No.  **3: 05-CV-30033-MAP**

Title:  **TERRI BARKER, ET AL., V. HARRY E. COHN & ASSOC. OF FL, ET AL.,**

## NOTICE

Please take notice that the above-entitled case previously assigned to Judge **Kenneth P. Neiman** has been transferred to Judge **Michael A. Ponsor** for all further proceedings. From this date forward the number on all pleadings should be followed by the letter (s) **MAP**. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letter on the lower left hand corner of the envelope, as well on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

**Tony Anastas, Clerk**

**By**: /s/ *Maurice G. Lindsay*
    **Maurice G. Lindsay**
    **Deputy Clerk**

**Date:** February 23, 2005

Copies to: All Counsel of Record, and Systems Administrator