UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRI BARKER

V.  CA NO: 05-30033-MAP

HARRY E. COHN & ASSOC.

ORDER

JUNE 7, 2005

The above captioned case was filed with this Court on February 2, 2005. To date no returns of service have been filed, nor any further action taken. Therefore, plaintiff is hereby ordered to file a status report on or before June 24, 2005 as to his intent to proceed with the above captioned case. Failure to do so shall result in the dismissal of the complaint for lack of prosecution.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE

Elizabeth A. French
Deputy Clerk