IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION AT SPRINGFIELD

| | | |
|---|---|---|
| TERRI BARKER, | : | No. 05-30033-MAP |
| JEFFREY DONAHUE | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| HARRY E. COHN & ASSOC. OF FL LLC | : | |
|    d/b/a THE LAW CENTER | : | |
| HARRY E. COHN, | : | |
| SCOTT M. MILLER, | : | |
| JOHN DOE a/k/a "MR. CORTEZ" | : | |
|     Defendants | : | Dismissal with Prejudice |

_____

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Terri and Jeffrey Donahue dismiss all claims against all parties with prejudice.

Respectfully submitted,

/s/ Jason David Fregeau

Jason David Fregeau,
Trial Attorney (565657)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiffs